No. 79–1470. Lehman Brothers Inc. v. Lilly et al.; and

No. 79–1471. State Teachers Retirement System of Ohio Pension Fund v. Lilly et al. C. A. 2d Cir. Certiorari denied. Reported below: 608 F. 2d 55.

No. 79–1472. Cashin v. New Jersey. Super. Ct. N. J. Certiorari denied.

No. 79–1475. Harrigill v. Mississippi. Sup. Ct. Miss. Certiorari denied. 

No. 79–1477. DiMauro v. Pavia et al., dba Pavia & Harcourt et al. C. A. 2d Cir. Certiorari denied. 

No. 79–1478. Ellipse Corp. v. Ford Motor Corp. C. A. 7th Cir. Certiorari denied. 

No. 79–1518. Davis v. International Union of Chauffeurs, Teamsters, Warehousemen & Helpers, Local 135, et al. C. A. 7th Cir. Certiorari denied. 

No. 79–1520. Field et al. v. Brown, Secretary of Defense, et al. C. A. D. C. Cir. Certiorari denied. 

No. 79–1531. Larkin v. United States. C. A. 5th Cir. Certiorari denied. 

No. 79–1536. Romano v. United States. C. A. 9th Cir. Certiorari denied. 

No. 79–1546. Layfield v. Bill Heard Chevrolet Co. et al. C. A. 5th Cir. Certiorari denied. 

No. 79–1564. King v. United States. C. A. 8th Cir. Certiorari denied.